

# NUMBER 13-24-00121-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DIVERSITAS HOLDINGS, LLC,                 Appellant,

v.

A&T OIL FIELD SERVICES, LLC,
CHARLES HARVEY, AND
AMANDA HARVEY,                 Appellees.

## ON APPEAL FROM THE 117TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Benavides**

This matter is before the Court on appellant's failure to file a brief. Appellant's brief was originally due to be filed on or before May 20, 2024. On May 30, 2024, appellant was notified that if it failed to reasonably explain the failure to file a brief within ten days from

the date of the notice, the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

To date, appellant has not reasonably explained the failure to file a brief, has not filed a motion for extension of time to file a brief, and has not filed a brief. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
25th day of July, 2024.